IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ADA THAXTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:16-cv-02801 |
| ) | Judge Aleta A. Trauger |
| METROPOLITAN GOVERNMENT OF ) | |
| NASHVILLE AND DAVIDSON ) | |
| COUNTY, TENNESSEE, CHIEF ) | |
| STEVE ANDERSON, in his individual ) | |
| capacity, and COMMANDER NATALIE ) | |
| KAYE LOKEY, in her individual ) | |
| capacity, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the defendants' Motion for Summary Judgment (Doc. No. 55) is **GRANTED IN PART and DENIED IN PART**.

Specifically, the motion is **DENIED** with respect to the plaintiff's Title VII sexual harassment claim against Metro (Count I of the Amended Complaint) and **GRANTED** with respect to all other claims set forth in the Amended Complaint. Counts II, III, and IV of the Amended Complaint are **DISMISSED**, which results in the dismissal of all remaining claims against defendants Steve Anderson and Kaye Lokey in their individual capacity.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge